UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DENNIS TOOLEY, an individual, <br><br>　　　　Plaintiff, <br><br>vs. <br><br>EVERWISE CREDIT UNION, a/k/a TEACHERS CREDIT UNION, an Indiana Non-Profit Corporation, <br><br>　　　　Defendant. | CASE NO.: 1:23-cv-1779 TWP-MJD <br><br>**Acknowledged** <br>TWP <br>December 11, 2023 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, by and through their respective undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to dismiss Defendant of all counts and claims asserted in this matter with prejudice and, except as agreed between the parties, each party to bear their own attorney's fees, costs, and expenses.

December 8, 2023

Respectfully submitted,　　　　　　　　　Respectfully submitted,

*/s/ Louis I. Mussman*　　　　　　　　　　*/s/ William J. Barkimer*
Louis I. Mussman, Esq.　　　　　　　　　　William J. Barkimer, Esq.
Bar No. 597155　　　　　　　　　　　　　　Matthew C. Branic, Esq.
Ku & Mussman, P.A.　　　　　　　　　　　 Krieg DeVault LLP
18501 Pines Boulevard, Suite 209-A　　　　 12800 N. Meridian Street, Suite 300
Pembroke Pines, FL 33029　　　　　　　　　Carmel, IN 46032
Tel: (305) 891-1322　　　　　　　　　　　　Tel: (317) 566-1110
Fax: (954) 686-3976　　　　　　　　　　　　Fax: (317) 636-1507
Louis@kumussman.com　　　　　　　　　　 wbarkimer@kdlegal.com
　　　　　　　　　　　　　　　　　　　　　mbranic@kdlegal.com

and

　　　　　　　　　　　　　　　　　　　　　*Attorney for Defendant*

1

Eric C. Bohnet, Esq.
Attorney No. 24761-84
Attorney at Law
6617 Southern Cross Drive
Indianapolis, Indiana 46237
Tel: (317) 750-8503
ebohnet@gmail.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on December 8, 2023, a true and correct copy of the foregoing was submitted to the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to:

William J. Barkimer, Esq.
Matthew C. Branic, Esq.
Krieg DeVault LLP
12800 N. Meridian Street, Suite 300
Carmel, IN 46032
wbarkimer@kdlegal.com
mbranic@kdlegal.com

                                        By:   *Louis I. Mussman*  .
                                              Louis I. Mussman, Esq.